

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

August 28, 2025

*Via ECF*

Hon. Kenneth M. Karas
United States District Court Judge
Southern District of New York
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   Ralph Redding v. City of New Rochelle et al., (KMK)

Dear Judge Karas:

The Quinn Law Firm PLLC represents defendants in the referenced action. We write on behalf of all parties seeking the following: (i) clarification and adjournment of the current deadlines for pre-motion letters; and (ii) a three-week extension of the fact discovery deadline.

A.   Deadlines for Pre-Motion Letters Should Follow Completion of All Discovery

The original case management order was issued on October 3, 2024 (D.E. 35) Under the original order, all discovery, fact and expert, was to be completed as of September 8, 2025, pre-motion letters were due September 17 and 24, 2025, and a case management conference was scheduled October 2, 2025. On April 27, 2025, the Court revised certain dates in the case management order, extending the fact discovery deadline to September 19, 2025, and expert discovery until March 16, 2026. (D.E. 55) In revising the discovery deadlines, however, the Court did not change the date of the case management conference or the deadlines for pre-motion letters. *Id.* We submit that the deadlines for pre-motion letters should follow the completion of all discovery, fact and expert, as was the case in the original case management order.

B.   Request to Extend Fact Discovery Deadline

As the parties recently reported to Magistrate Judge Krause, fact discovery is nearly complete. Documents have been exchanged, and all parties, and numerous non-parties, have been deposed. However, because of vacation schedules and other conflicts, we will be unable to schedule four non-party depositions prior to the current September

Hon. Kenneth M. Karas
August 28, 2025
Page 2

19, 2025 fact-discovery deadline. The non-parties in question are: (i) Anastasia Heeger, Esq., the ADA who conducted the investigation for the CRU; (ii) Paula Branco-Santos, Esq., the ADA who tried the underlying criminal case; (iii) John Havens, one of the college students who was present during the home invasion; and (iv) Veronica Guzman, another Iona student who was present during the home invasion. The parties have made diligent efforts to schedule these depositions, and a three-week extension of the fact discovery deadline would not otherwise interfere with the overall discovery schedule as modified.

Accordingly, the parties jointly request an Order modifying the discovery schedule as follows:

(a) Adjourning the deadlines for pre-motion letters until after the close of all discovery; and

(b) Extending the fact discovery deadline by three weeks, from September 19 to October 10, 2025.

Granted. Discovery is to be completed by 10/10/25. The Movant's pre-motion letter is due 10/31/25. Non-Movant's response is due 11/7/25.

So Ordered.
8/28/25

Respectfully submitted,

THE QUINN LAW FIRM PLLC
Attorneys for Defendants

Lalit K. Loomba

399 Knollwood Road, Suite 220
White Plains, NY 10603
(914) 997-0555
lloomba@quinnlawny.com

cc: Counsel of Record via ECF