

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

November 21, 2025

*Via ECF*

Hon. Kenneth M. Karas
United States District Court Judge
Southern District of New York
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**Re:** Ralph Redding v. City of New Rochelle et al., (KMK)  24 cv 1007

Dear Judge Karas:

The Quinn Law Firm PLLC represents defendants in the referenced action. We are writing on behalf of all parties to request a stay of expert discovery pending the resolution of the parties' respective summary judgment motions. Under the briefing schedule issued by the Court, the summary judgment motions will be fully submitted on March 6, 2026.

Respectfully submitted,

Granted.

So Ordered.
11/24/25

THE QUINN LAW FIRM PLLC
Attorneys for Defendants

Lalit K. Loomba

399 Knollwood Road, Suite 220
White Plains, NY 10603
(914) 997-0555
lloomba@quinnlawny.com

cc: Counsel of Record via ECF

www.quinnlawny.com