UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

RALPH REDDING,
Plaintiff,

v.

CITY OF NEW ROCHELLE, DETECTIVE CLAUDIO CARPANO, DETECTIVE TERRENCE FUDGE, DETECTIVE MICHAEL MESSINA, and "JOHN/JANE DOE NEW ROCHELLE POLICE DEPARTMENT DETECTIVES/OFFICERS NOS. 1-10",
Defendants.

---------------------------------------------------------x

**ORDER**

24 CV 1007 (VB)

Magistrate Judge Krause has indicated in a minute entry dated July 23, 2026, that the parties have reached a settlement in this case and will provide a joint status report to Judge Krause on their progress toward finalizing the settlement by September 17, 2026. Accordingly, in light of the pending finalization of the settlement and in the interest of efficient case management, it is HEREBY ORDERED:

1. Defendants' motion for summary judgment (Doc. #78) and plaintiff's motion for partial summary judgment (Doc. #81) are DENIED WITHOUT PREJUDICE, and may be re-filed in the event the settlement is not finalized.

2. By October 1, 2026, the parties shall submit either a stipulation of dismissal or a joint letter addressed to Judge Briccetti regarding the status of their settlement discussions.

The Clerk is directed to terminate the motions. (Docs. ##78, 81).

Dated: July 24, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge